**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Epson America, Inc.<br><br>Plaintiff,<br><br>v.<br>Jiaxingguhandianzishangwuyouxiangongsi d/b/a Onoayo<br><br>Defendant. | Case No.: 1:26-cv-13544-MJJ |

**CONSENTED-TO MOTION TO EXTEND DEADLINE**
**TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson"), by and through its undersigned counsel, respectfully moves the Court to extend the deadline for Defendant Jiaxingguhandianzishangwuyouxiangongsi d/b/a Onoayo ("Defendant" or "Onoayo") to answer or otherwise respond to the Complaint by twenty-one (21) days, from September 17, 2026 to October 8, 2026. In support of this Motion, Epson states as follows:

- Epson initiated this action on August 4, 2026 by filing a Complaint against Onoayo alleging false advertising under the Lanham Act. *See* ECF No. 1.
- Service was effected on Onoayo on August 27, 2026. *See* ECF No. 8.
- Accordingly, Onoayo's current deadline to answer or otherwise respond to the Complaint is September 17, 2026.
- Counsel for Epson and Onoayo are currently engaged in settlement discussions and seek additional time to determine whether an early resolution of this action may be reached without further litigation.

- The parties have agreed that an additional twenty-one (21) days will facilitate their ongoing settlement discussions, and Onoayo consents to the relief requested in this Motion.

WHEREFORE, Epson respectfully requests that the Court extend Onoayo's deadline to answer or otherwise respond to the Complaint by twenty-one (21) days, up to and including **October 8, 2026**, and grant such other relief as the Court deems just and appropriate.

Dated: September 15, 2026

/s *Sally P. Langan* /
Sally P. Langan (BBO #713323)
sally.langan@klgates.com
Morgan T. Nickerson (BBO #667290)
morgan.nickerson@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175

**CERTIFICATE OF SERVICE**

I, Sally P. Langan, hereby certify that this document filed through the ECF system will be sent via email to counsel for Onoayo.

Dated: September 15, 2026

/s *Sally P. Langan* /
Sally P. Langan